UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------

KLAUBER                                                                  Docket Number: 13 CV 2397 (PGG)

       -against-                                              NOTICE OF ASSIGNMENT

BON TON STORES
-------------------------------------------------------

The above-entitled action is:

[ ] Declined by Hon.
    As   [ ]Related/ [ ] Similar to case #:

[ ] Assigned to the Hon.
    [ ] Designated / [ ] Redesignated Hon.                    ,Magistrate Judge

[ X ] Accepted by Hon. PAUL G. GARDEPHE (PGG)  as [ X ] Related/ [ ] Similar to case #:   11 CV 4985
[ X ] Designated  [ ] Redesignated Hon. DEBRA C. FREEMAN (DCF), Magistrate Judge

All further documents submitted in this action must bear the Judge's initials after the docket number

                                                              Ruby J. Krajick
                                                              Clerk of Court

Dated: 04/18/2013                                                  By:   PHYLLIS ADAMIK
                                                                                     Deputy Clerk